UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSE NOEL SANCHEZ, JOSE MORADEL, MARCOS CARMONA, and HORACIO ALBERTO FERRUFINO | CIVIL ACTION NO. 17-9116 |
| | JUDGE BROWN |
| VERSUS | MAGISTRATE JUDGE WILKINSON |
| PIZZATI ENTERPRISES, INC., PIZZATI LABOR SERVICES, INC., MIRIAM PIZZATI, MARIA MURILLO, and TAYLOR ENTERPRISES OF LOUISIANA, LLC | |

### MEMORANDUM IN SUPPORT OF JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL OF ALL CLAIMS

Plaintiffs Jose Noel Sanchez, Jose Moradel, Marcos Carmona, and Horacio Alberto Ferrufino (collectively, "Plaintiffs"), and defendants Pizzati Enterprises, Inc., Pizzati Labor Services, Inc., Mariam Pizzati, Maria Murillo, and Taylor Enterprises of Louisiana, LLC ("TELA") (collectively, "Defendants"), submit this memorandum in support of the parties' Joint Motion to Approve Settlement and for Dismissal of All Claims. The parties represent to the Court that they have resolved the issues in this matter in their entirety and respectfully request: (a) that the Court approve the parties' settlement and release agreement ("Agreement") under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), and (b) dismiss this lawsuit with prejudice. In support of this motion, the parties state as follows:

On September 15, 2017, Plaintiffs filed an Original Complaint (Rec. Doc. 1) against Defendants, seeking alleged unpaid overtime pay, plus liquidated damages and

attorneys' fees, for purported violations of the FLSA. On December 4, 2017 and December 24, 2017, Defendants filed their respective answers and defenses to Plaintiffs' Original Complaint and denied Plaintiffs' allegations. (Rec. Docs. 8 and 9).

Following several months of negotiation, the parties were able to reach a settlement and agreed to enter into a settlement and release agreement, copy attached as Exhibit "A," to avoid the expense and inconvenience of additional litigation.

The lawsuit involved a *bona fide* dispute over whether Defendants failed to properly compensate Plaintiffs for hours worked in excess of forty (40) in a workweek. Specifically, the parties disputed the amount of damages, whether Defendants' alleged FLSA violations were willful, whether liquidated damages should be assessed, and whether Defendants employed the Plaintiffs within the meaning of the FLSA or properly classified Plaintiffs as independent contractors.

After the parties exchanged relevant records and data, a settlement was reached after arm's length and good faith negotiations among counsel. The settlement is the compromise of disputed claims and does not constitute an admission by Defendants of any violation of law.

The parties believe that the negotiated settlement is a reasonable and fair resolution of the *bona fide* dispute between them. Although the Fifth Court arguably has suggested that approval of a *bona fide* dispute under the FLSA is not required in this Circuit where the plaintiffs are represented by counsel, the parties jointly seek the Court's approval of the settlement. *See* 29 U.S.C. § 216; *Martin v. Spring Break '83 Productions*, 688 F.3d 247 (5th Cir. 2012); *Bodie v. TXL Mortgage Corp.*, 788 F.3d 159

15076327_1.docx

- 3 -

(5th Cir. 2015); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

The parties' settlement is a fair and reasonable resolution of a *bona fide* dispute because uncertainty exists with respect to disputes of fact and law. For example, Plaintiffs allege that Defendants violated the FLSA by failing to pay them 1.5 times their regular rate of pay for hours worked over forty (40) in a workweek. In contrast, Defendants deny any wrongdoing or liability; deny that Plaintiffs are entitled to any recovery under any provision of law, including but not limited to the FLSA; assert that Plaintiffs were properly paid for all hours worked, including any overtime wages, in accordance with the FLSA; and disagree with Plaintiffs as to Plaintiffs' status as "employees" rather than independent contractors. TELA also specifically denies that it is an appropriate entity to be sued in this case because it did not employ or engage the Plaintiffs in any capacity. Given the *bona fide* disputes surrounding liability and damages, the parties believe the settlement is fair and reasonable under the facts and circumstances of this case.

Accordingly, Plaintiffs and Defendants jointly request that the Court enter an order approving the parties' settlement and release agreement and dismissing this action with prejudice.

Respectfully Submitted:

/s/ Christopher L. Williams
Christopher L. Williams (#32269)
WILLIAMS LITIGATION, L.L.C.
639 Loyola Avenue, Suite 1850
New Orleans, Louisiana  70113
Telephone:  (504) 308-1438
Facsimile:  (504) 308-1446
chris@williamslitigation.com

***Attorney for Plaintiffs, Jose Noel Sanchez, Jose Moradel, Marcos Carmona, and Horacio Alberto Ferrufino***

/s/ Scott D. Huffstetler
Scott D. Huffstetler (#28615)(T.A.)
scott.huffstetler@keanmiller.com
Chelsea M. Gomez (#35147)
Chelsea.Gomez@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
Post Office Box 3513
Baton Rouge, Louisiana 70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

***Counsel for Defendant, Taylor Enterprises of Louisiana, LLC***

/s/ Daniel A. Meyer
Daniel A. Meyer (#33278)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana  70113
Telephone:  (504) 561-6775
Facsimile:  (504) 561-6776
dmeyer@brunobrunolaw.com

***Attorneys for Pizzati Enterprises, Inc., and Pizzati Labor Services, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system:

Christopher L. Williams (#32269)
WILLIAMS LITIGATION, L.L.C.
639 Loyola Avenue, Suite 1850
New Orleans, Louisiana 70113
Telephone: (504) 308-1438
Facsimile: (504) 308-1446
chris@williamslitigation.com

Daniel A. Meyer (#33278)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 561-6775
Facsimile: (504) 561-6776
dmeyer@brunobrunolaw.com

Baton Rouge, Louisiana this 21st of May, 2018.

/s/ *Scott D. Huffstetler*
Scott D. Huffstetler